

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of A.L.R.M. and W.N.P.M., Children

No. 06-18-00043-CV

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 83293). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 13, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk